Roberta L. Steele, Regional Attorney
U.S. Equal Employment Opportunity Commission
San Francisco District Office
450 Golden Gate Ave, 5th Floor West
P.O. Box 36025
San Francisco, CA 94102

Damien Lee, Supervisory Trial Attorney
May Che, Senior Trial Attorney
Clive Pontusson, Trial Attorney
U.S. Equal Employment Opportunity Commission
Seattle Field Office
909 First Avenue, Suite 400
Seattle, WA 98104
may.che@eeoc.gov
Tel: (206) 576-3011
clive.pontusson@eeoc.gov
Tel: (206) 576-3042

ATTORNEYS FOR PLAINTIFF

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | CIVIL ACTION NO. |
| Plaintiff, | |
| v. | COMPLAINT |
| AIR CONTROL HEATING & AIR CONDITIONING, INC. d/b/a AIR CONTROL HEATING & ELECTRIC, INC. | JURY TRIAL DEMAND |
| Defendant. | |

**EEOC v. AIR CONTROL HEATING & AIR CONDITIONING, INC.**
**COMPLAINT**
Page 1 of 14

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVE , SUITE 400
SEATTLE, WASHINGTON 98104
PHONE (206) 220-6884
FAX (206) 220-6911
TDD (206) 220-6882

## NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964 and Title I of the Civil Rights Act of 1991 to correct unlawful employment practices on the basis of sex (female) and to provide appropriate relief to Charging Party Rose Harrison, Charging Party Christi Elliott, and other similarly aggrieved female employees who were adversely affected by such practices. The Equal Employment Opportunity Commission ("Commission" or "EEOC") alleges that Defendant Air Control Heating & Air Conditioning, Inc. d/b/a Air Control Heating & Electric, Inc. ("Air Control") subjected Harrison, Elliot, and a class of similarly aggrieved female employees to a hostile work environment because of sex, female, and constructively discharged Elliott. Plaintiff seeks monetary and injunctive relief for Harrison, Elliott, and a class of similarly aggrieved female employees, including pecuniary damages, nonpecuniary compensatory damages, punitive damages, back pay, prejudgment interest, and front pay for Elliott in lieu of reinstatement.

## JURISDICTION AND VENUE

1. Jurisdiction of this court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to Sections 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended,

EEOC v. AIR CONTROL HEATING & AIR CONDITIONING, INC.
COMPLAINT
Page 2 of 14

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVE , SUITE 400
SEATTLE, WASHINGTON 98104
PHONE (206) 220-6884
FAX (206) 220-6911
TDD (206) 220-6882

42 U.S.C. §§ 2000e-5(f)(1) and (3) ("Title VII"), and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

2.  The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the Eastern District of Washington.

## PARTIES

3.  Plaintiff EEOC is the agency of the United States of America charged with the administration, interpretation and enforcement of Title VII, and is expressly authorized to bring this action by Sections 706(f)(1) and (3) of Title VII, 42 U.S.C. § 2000e-5(f)(1) and (f)(3), and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981a .

4.  At all relevant times, Defendant has been a corporation continuously doing business in the State of Washington and has continuously had at least fifteen (15) employees.

5.  At all relevant times, Defendant has continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 701(b), (g) and (h) of Title VII, 42 U.S.C. §§ 2000e-(b), (g) and (h).

//

//

//

EEOC v. AIR CONTROL HEATING & AIR CONDITIONING, INC.
COMPLAINT
Page 3 of 14

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVE , SUITE 400
SEATTLE, WASHINGTON 98104
PHONE (206) 220-6884
FAX (206) 220-6911
TDD (206) 220-6882

## ADMINISTRATIVE PROCEDURES

6.      More than thirty (30) days prior to the institution of this lawsuit, Charging Party Elliott and Charging Party Harrison filed charges with the EEOC alleging violations of Title VII by Defendant.

7.      On July 29, 2021, the Commission issued a Letter of Determination as to each of the above referenced charges to Defendant finding reasonable cause to believe Title VII was violated and inviting Defendant to join with the Commission in informal methods of conciliation to endeavor to eliminate the unlawful employment practices and to provide appropriate relief for the Charging Parties and a class of similarly aggrieved female employees.

8.      The Commission engaged in communications with Defendant to provide Defendant the opportunity to remedy the discriminatory practices described in the Letters of Determination.

9.      The Commission was unable to secure from Defendant a conciliation agreement acceptable to the Commission.

10.     On September 8, 2021, the Commission issued a Notice of Failure of Conciliation as to each of the above referenced charges advising that the Commission was unable to secure from Defendant a conciliation agreement acceptable to the Commission.

EEOC v. AIR CONTROL HEATING & AIR CONDITIONING, INC.
COMPLAINT
Page 4 of 14

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVE , SUITE 400
SEATTLE, WASHINGTON 98104
PHONE (206) 220-6884
FAX (206) 220-6911
TDD (206) 220-6882

11. All conditions precedent to the institution of this lawsuit have been fulfilled.

## STATEMENT OF CLAIMS

12. Defendant employed Harrison, a female, as a Commercial and Residential Estimator from approximately December 2009 to September 2018.

13. Defendant employed Elliott, a female, as a Secretary from approximately January 2018 to early Spring 2019 and as a Dispatcher from approximately March 2019 to September 2019.

14. Since at least January 2010, Defendant has engaged in unlawful employment practices because of sex at or near its facility in or near Spokane Valley, Washington, in violation of Section 703(a) of Title VII, 42 U.S.C. § 2000e-2(a), by subjecting the Charging Parties and other female employees to a hostile work environment based on their sex, female, and constructively discharging Elliott.

15. The practices complained of in paragraph 14 include but are not limited to the following:

    a. Defendant's Owner/President made unwelcome sexual comments, sexually explicit innuendos, and sexual jokes to female employees on a near daily basis;

EEOC v. AIR CONTROL HEATING & AIR CONDITIONING, INC.
COMPLAINT
Page 5 of 14

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVE , SUITE 400
SEATTLE, WASHINGTON 98104
PHONE (206) 220-6884
FAX (206) 220-6911
TDD (206) 220-6882

b. Defendant's Owner/President made unwelcome comments about female employees' bodies;

c. Defendant's Owner/President asked female employees to sit on his lap or bend over;

d. Defendant's Owner/President slapped or spanked female employees on the butt;

e. Defendant's Owner/President solicited hugs from female employees;

f. Defendant's Owner/President remarked to a female employee that "everybody loves giving anal sex but not everybody enjoys receiving it";

g. Defendant's Owner/President told a female employee that she won job contracts because of her breast size;

h. Defendant's Owner/President purposefully left condoms and personal lubricant where a female employee would find them;

i. Defendant's Owner/President offered female employees tickets to a nearby strip club;

j. Defendant's Owner/President leered at female employees' breasts when speaking to them;

EEOC v. AIR CONTROL HEATING & AIR CONDITIONING, INC.
COMPLAINT
Page 6 of 14

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVE , SUITE 400
SEATTLE, WASHINGTON 98104
PHONE (206) 220-6884
FAX (206) 220-6911
TDD (206) 220-6882

k. Defendant's Owner/President told female employees to "let the girls out," a reference to exposing their breasts;

l. Defendant's Owner/President told female employees to wear more revealing clothing;

m. Defendant's Owner/President asked a female employee to go on dates with him;

n. Defendant's Owner/President asked a female employee to accompany him to his lake house;

o. Defendant's Owner/President entered the office of a female employee unannounced when he had been notified that she was in the office breastfeeding her baby;

p. Defendant's Owner/President told a female employee that he "wanted to kiss her lips down there," in reference to her genitals;

q. Defendant's Owner/President expressed disbelief that female employees could perform their job duties because "they were women";

r. Defendant's Owner/President stated that, "women aren't as good as men are at this job," and "it should be a man's job";

EEOC v. AIR CONTROL HEATING & AIR CONDITIONING, INC.
COMPLAINT
Page 7 of 14

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVE , SUITE 400
SEATTLE, WASHINGTON 98104
PHONE (206) 220-6884
FAX (206) 220-6911
TDD (206) 220-6882

s. Defendant's Owner/President repeatedly stated that female employees did not belong in the building trades because of their sex;

t. Defendant's Owner/President responded to complaints of sexual harassment from a female employee by stating, "this is why women don't belong in this business";

u. Defendant's Owner/President responded to complaints of sexual harassment from a female employee by stating her male colleagues would be "nicer" to her if she "showed off the girls more," in reference to her breasts;

v. Defendant's Owner/Vice President/HR Manager responded to complaints of sexual harassment from a female employee by stating the female employee "needed to learn how to work with men";

w. Defendant's former Assistant Electrical Manager made comments about what female employees were wearing that pleased him;

x. Defendant's former Assistant Electrical Manager told a female employee to "let the girls out to play" in reference to her breasts;

y. Defendant's former Assistant Electrical Manager made derogatory statements about women, including telling one female employee

EEOC v. AIR CONTROL HEATING & AIR CONDITIONING, INC.
COMPLAINT
Page 8 of 14

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVE , SUITE 400
SEATTLE, WASHINGTON 98104
PHONE (206) 220-6884
FAX (206) 220-6911
TDD (206) 220-6882

that she would never be "good enough" in the workplace and that "her place was in the home".

z. Defendant's former Assistant Electrical Manager physically threatened Elliott by backing her against a wall while waiving his fists in her face.

16. Prior to January 2019, Defendant did not have a written harassment policy.

17. In or about December 2018, an HR consultant hired by the Defendant, compared the company's workplace culture to a "sewer" and criticized tolerating Johnston's behavior. The consultant recommended that the Defendant provide training to its employees on sexual harassment but the Defendant did not provide such recommended sexual harassment training to its owners, managers, supervisors or employees as of at least approximately September 2021.

18. Defendant failed to take prompt or appropriate corrective action to prevent or remedy the sexually hostile work environment despite female employees reporting the offensive and unwelcome conduct based on sex from at least approximately January 2010 to at least approximately September 2021.

19. Defendant's failure to take prompt or appropriate corrective action in response to the sexual harassment complaints of Elliott, Harrison, and other

EEOC v. AIR CONTROL HEATING & AIR CONDITIONING, INC.
COMPLAINT
Page 9 of 14

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVE , SUITE 400
SEATTLE, WASHINGTON 98104
PHONE (206) 220-6884
FAX (206) 220-6911
TDD (206) 220-6882

similarly aggrieved female employees made the working conditions for Elliott so intolerable that she felt forced to resign in September 2019.

20. The effect of Defendant's practices complained of in Paragraphs 14-19 above has been to deprive Harrison, Elliott and other similarly aggrieved female employees of equal employment opportunities because of their sex.

21. The unlawful employment practices complained of in Paragraphs 14-19 above were intentional.

22. The unlawful employment practices complained of in Paragraphs 14-19 above were done with malice or with reckless indifference to the federally protected rights of Harrison, Elliott, and other similarly aggrieved female employees.

## PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

A. Grant a permanent injunction enjoining Defendant, its officers, successors, agents, assigns, and all persons in active concert or participation with it, from engaging in any employment practices which discriminate based on sex, female, including sexual harassment.

B. Order Defendant to institute and carry out policies, practices, and programs which provide equal employment opportunities for all employees, and which eradicate the effects of its past and present unlawful employment practices.

EEOC v. AIR CONTROL HEATING & AIR CONDITIONING, INC.
COMPLAINT
Page 10 of 14

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVE , SUITE 400
SEATTLE, WASHINGTON 98104
PHONE (206) 220-6884
FAX (206) 220-6911
TDD (206) 220-6882

C. Order Defendant to make Elliott whole by providing appropriate back pay with prejudgment interest, in amounts to be determined at trial, and/or other affirmative relief necessary to eradicate the effects of Defendant's unlawful employment practices described in Paragraphs 14-19 above including, but not limited to, front pay compensation for Elliott in lieu of reinstatement in an amount to be determined at trial.

D. Order Defendant to make Harrison, Elliott, and those similarly aggrieved female employees whole by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices described in Paragraphs 14-19 above, as appropriate, including past and future out-of-pocket expenses, in amounts to be determined at trial.

E. Order Defendant to make Harrison, Elliott, and those similarly aggrieved female employees whole by providing compensation for past and future nonpecuniary losses resulting from the unlawful practices complained of in Paragraphs 14-19 above, including without limitation compensation for emotional pain, suffering, and loss of enjoyment of life, in amounts to be determined at trial.

F. Order Defendant to pay Harrison, Elliott, and those similarly aggrieved female employees punitive damages for its malicious and reckless conduct described in Paragraphs 14-19 above, in amounts to be determined at trial.

EEOC v. AIR CONTROL HEATING & AIR CONDITIONING, INC.
COMPLAINT
Page 11 of 14

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVE , SUITE 400
SEATTLE, WASHINGTON 98104
PHONE (206) 220-6884
FAX (206) 220-6911
TDD (206) 220-6882

G. Grant such further relief as the Court deems necessary and proper in the public interest.

H. Award the EEOC its costs of this action.

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its complaint.

DATED this 14th day of DECEMBER 2021

BY: */s/ Roberta L. Steele*　　　　　　　GWENDOLYN YOUNG REAMS
Roberta L. Steele　　　　　　　　　　　　Acting General Counsel
Regional Attorney
EQUAL EMPLOYMENT　　　　　　　　CHRISTOPHER LAGE
OPPORTUNITY　　　　　　　　　　　　Deputy General Counsel
COMMISSION
San Francisco District Office　　　　　　　Office of the General Counsel
450 Golden Gate Ave, 5th Floor West　　131 "M" Street NE
P.O. Box 36025　　　　　　　　　　　　Washington, D.C. 20507
San Francisco, CA 94102
Telephone (415) 522-3150
roberta.steele@eeoc.gov

BY: */s/ Damien A. Lee*
Damien A. Lee
Supervisory Trial Attorney
EQUAL EMPLOYMENT
OPPORTUNITY
COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, WA 98104-1061
Telephone (206) 576-3038
damien.lee@eeoc.gov

BY: */s/ May Che*

EEOC v. AIR CONTROL HEATING & AIR CONDITIONING, INC.
COMPLAINT
Page 12 of 14

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVE , SUITE 400
SEATTLE, WASHINGTON 98104
PHONE (206) 220-6884
FAX (206) 220-6911
TDD (206) 220-6882

May Che
Senior Trial Attorney
Seattle Field Office
909 1st Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone (206) 576-3011
Facsimile (206) 220-6196
may.che@eeoc.gov

BY: */s/ Clive Pontusson*
Clive Pontusson
Trial Attorney
Seattle Field Office
909 1st Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone (206) 576-3042
Facsimile (206) 220-6196
clive.pontusson@eeoc.gov

Attorneys for Plaintiff EEOC

EEOC v. AIR CONTROL HEATING & AIR CONDITIONING, INC.
COMPLAINT
Page 13 of 14

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVE , SUITE 400
SEATTLE, WASHINGTON 98104
PHONE (206) 220-6884
FAX (206) 220-6911
TDD (206) 220-6882

# CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

DATED this 14th day of December 2021

*/s/ Rebecca Eaton*
REBECCA EATON
Paralegal Specialist
EEOC Seattle Field Office
909 First Avenue, Suite 400
Seattle, WA 98104-1061
Telephone: 206-576-3028
Email: rebecca.eaton@eeoc.gov

EEOC v. AIR CONTROL HEATING & AIR CONDITIONING, INC.
COMPLAINT
Page 14 of 14

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVE , SUITE 400
SEATTLE, WASHINGTON 98104
PHONE (206) 220-6884
FAX (206) 220-6911
TDD (206) 220-6882