1  Benjamin J. Stone, WSBA #33436
2  Hannah E. Driscoll, WSBA #56853
   Lewis Brisbois Bisgaard & Smith LLP
3  1111 Third Avenue, Suite 2700
4  Seattle, Washington 98101
   (206) 436-2020 / (206) 436-2030 Fax
5  Benjamin.Stone@lewisbrisbois.com
6  Hannah.Driscoll@lewisbrisbois.com
   Attorneys for Defendants
7

8
                IN THE UNITED STATES DISTRICT COURT
9
                    EASTERN DISTRICT OF WASHINGTON
10

11  EQUAL EMPLOYMENT                    Civil Action No. 2:21-cv-00347-SAB
    OPPORTUNITY COMMISSION,
12                                      NOTICE OF SETTLEMENT
          Plaintiffs,
13                                      [Clerk's Action Required]
        vs.
14
15  AIR CONTROL HEATING & AIR
    CONDITIONING, INC. d/b/a AIR
16  CONTROL HEATING & ELECTRIC,
    INC.,
17
18        Defendants.

19

20  **TO:  CLERK OF THE COURT**

21       Notice is hereby given that all claims against all parties in this action have
22  been resolved in principle. Any trials or other hearings in this matter may be
23  stricken from the court calendar.
24       This notice is being filed with the consent of all parties. The parties will file
25  a consent decree fully and finally resolving all claims in this case within thirty (30)
26  days after the filing of this Notice of Settlement.
27

NOTICE OF SETTLEMENT - 1                       LEWIS BRISBOIS BISGAARD & SMITH LLP
USDC 2:21-cv-00347-SAB                                    1111 Third Avenue, Suite 2700
                                                            Seattle, Washington 98101
                                                                    206.436.2020
4883-9320-3995.1

| | | |
|---|---|---|
| 1 | DATED: April 13, 2022 | LEWIS BRISBOIS BISGAARD & SMITH LLP |

*s/Benjamin J. Stone*
Benjamin J. Stone, WSBA #33436

*s/Hannah Driscoll*
Hannah Driscoll, WSBA #56853
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
(206) 436-2020 / (206)436-2030 Fax
Benjamin.Stone@lewisbrisbois.com
Hannah.Driscoll@lewisbrisbois.com
Attorneys for Defendants

NOTICE OF SETTLEMENT - 2
USDC 2:21-cv-00347-SAB

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

4883-9320-3995.1

# DECLARATION OF SERVICE

I hereby certify that on April 13, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

| | |
|---|---|
| Roberta L. Steele | roberta.steele@eeoc.gov |
| Damien A. Lee | damien.lee@eeoc.gov |
| May Che | may.che@eeoc.gov |
| Clive Pontusson | clive.pontusson@eeoc.gov |
| Gwendolyn Reams | gwendolyn.reams@eeoc.gov |
| Christopher Lage | christopher.lage@eeoc.gov |

Dated April 13, 2022 at Seattle, Washington.

*s/Tami L. Foster*
Tami L. Foster, Legal Secretary
Tami.Foster@lewisbrisbois.com

NOTICE OF SETTLEMENT - 3
USDC 2:21-cv-00347-SAB

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

4883-9320-3995.1