1

**CERTIFICATE OF SERVICE**

2

    I hereby certify that on this date, I electronically filed the foregoing with the Clerk of the

3

Court using the CM/ECF system which will send notification of such filing to the attorney of record

4

for Defendant:

5

6

Benjamin J. Stone, WSBA #33436
Hannah E. Driscoll, WSBA #56853

7

Lewis Brisbois Bisgaard & Smith LLP
1111 Third Avenue, Suite 2700

8

Seattle, Washington 98101
(206) 436-2020

9

(206) 436-2030 Fax

10

Benjamin.Stone@lewisbrisbois.com
Hannah.Driscoll@lewisbrisbois.com

11

12

13

    DATED this 22nd day of April, 2022

14

                                    */s/ Rebecca Eaton*
                                    REBECCA EATON

15

                                    Paralegal Specialist
                                    EEOC Seattle Field Office

16

                                    909 First Avenue, Suite 400

17

                                    Seattle, WA 98104-1061
                                    Telephone: 206-576-3028

18

                                    Email: rebecca.eaton@eeoc.gov

19

20

21

22

23

24

25

26

27

28

EEOC v Aor Control Heating & Air Conditioning
[PROPOSED] CONSENT DECREE
2:21-cv-00347-SAB

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVE., SUITE 400
SEATTLE, WASHINGTON 98104
PHONE (206) 220-6884
FAX (206) 220-6911
TDD (206) 220-6882