

# NOTICE TO EMPLOYEES

This notice has been posted pursuant to an Order of the Court, entered on [DATE], approving the Consent Decree entered in resolution of a lawsuit brought by the U.S. Equal Employment Opportunity Commission (EEOC) against Air Control Heating & Air Conditioning, Inc. d/b/a Air Control Heating & Electric, Inc. ("Air Control"), Case Number 2:21-cv-00347-SAB, in the United States District Court for the Eastern District of Washington. The Consent Decree is binding on the current business, with provisions applicable to owner Maxim Johnston as well as any future purchasers or operators. The Consent Decree resolves EEOC's claims of sexual harassment and constructive discharge brought against Air Control and enjoins it from certain conduct prohibited by law. In addition, the Consent Decree requires Air Control to retain an independent third-party consultant with expertise and experience in employment discrimination under Title VII of the Civil Rights Act and related employment policies and practices, and workplace investigations, to assist Air Control in developing anti-discrimination policies and procedures, to receive and independently and confidentially investigate any complaints of sexual harassment and/or retaliation and determine appropriate corrective action to remedy any complaints of discrimination or retaliation. Pursuant to the Consent Decree, Air Control will implement anti-discrimination training to its owners, officers, human resources personnel, managers, supervisors, and employees; implement policies to ensure Title VII compliance; provide its EEO policy to all employees and applicants; implement policies to ensure accountability with regard to anti-discrimination practices; and report to the EEOC all complaints of sex discrimination, sexual harassment, or retaliation it receives from its employees for the next five (5) years.

Federal law and the Consent Decree prohibit discrimination against any individual because of his or her sex including sexual harassment.

Federal law also prohibits retaliation against any individual by an employer because the individual complains of discrimination, cooperates with any company or Government investigation of a charge of discrimination, participates as a witness or potential witness in any investigation or legal proceeding, or otherwise exercises his or her rights under the law.

Any Air Control officer, manager, supervisor or employee who is found to have retaliated against any other employee because such employee participated in this lawsuit will be subject to substantial discipline up to and including immediate discharge.

Should you have any complaints of discrimination or harassment, you should contact [Air Control contact name & contact info] or Air Control encourages you to contact the independent consultant directly at [Consultant name & contact info].

Employees also have the right to bring complaints of discrimination or harassment to the U.S. Equal Employment Opportunity Commission, Seattle District Office at 909 1st Avenue, Suite 400, Seattle, WA 98104-1061, 206.576.3000, 1.800.669.4000.

This notice shall remain prominently posted at all facilities until [DATE], 20__.  This Official Notice shall not be altered, defaced, covered or obstructed by any other material.