HON. STANLEY A BASTIAN

Roberta L. Steele, Regional Attorney
U.S. Equal Employment Opportunity Commission
San Francisco District Office
450 Golden Gate Ave, 5th Floor West
P.O. Box 36025
San Francisco, CA 94102
Damien Lee, Supervisory Trial Attorney
May Che, Senior Trial Attorney
Clive Pontusson, Trial Attorney
U.S. Equal Employment Opportunity Commission
Seattle Field Office
909 First Avenue, Suite 400
Seattle, WA  98104
may.che@eeoc.gov
Tel: (206) 576-3011
clive.pontusson@eeoc.gov
Tel: (206) 576-3042
ATTORNEYS FOR PLAINTIFF

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION<br><br>Plaintiff,<br><br>v.<br><br>AIR CONTROL HEATING & AIR CONDITIONING, INC. d/b/a AIR CONTROL HEATING & ELECTRIC, INC.<br><br>Defendant. | CIVIL ACTION NO.  2:21-cv-00347-SAB<br><br>[PROPOSED] **ORDER APPROVING CONSENT DECREE** |

The Court, having considered the foregoing stipulated agreement of the parties, HEREBY ORDERS THAT the Consent Decree be, and the same hereby is,

EEOC v. AIR CONTROL HEATING & AIR CONDITIONING
2:21-cv-00347-SAB
[PROPOSED] **ORDER APPROVING CONSENT DECREE**
Page 1 of 3

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVE., SUITE 400
SEATTLE, WASHINGTON 98104
PHONE (206) 220-6884
FAX (206) 220-6911
TDD (206) 220-6882

approved as the final decree of this Court in full settlement of this action. This lawsuit is hereby dismissed with prejudice and without costs or attorneys' fees. The Court retains jurisdiction of this matter for purposes of enforcing the Consent Decree approved herein.

DATED this \_\_\_\_\_ day of _____ 2022.

_____
THE HONORABLE STANLEY A BASTIAN
UNITED STATES DISTRICT JUDGE

PRESENTED this 22nd day of APRIL 2022 by:

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

| | |
|---|---|
| ROBERTA STEELE<br>Regional Attorney | CHRISTOPHER LAGE<br>Deputy General Counsel |
| DAMIEN A. LEE<br>Supervisory Trial Attorney | GWENDOLYN YOUNG REAMS<br>Associate General Counsel |
| MAY R. CHE<br>Senior Trial Attorney | EQUAL EMPLOYMENT OPPORTUNITY COMMISSION<br>Office of the General Counsel |
| CLIVE PONTUSSON<br>Trial Attorney | 131 "M" Street NE, 5th Floor<br>Washington, D.C. 20507 |

BY: */s/ May Che*
May Che
Senior Trial Attorney

EEOC v. AIR CONTROL HEATING & AIR CONDITIONING
2:21-cv-00347-SAB
[PROPOSED] **ORDER APPROVING CONSENT DECREE**
Page 2 of 3

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVE., SUITE 400
SEATTLE, WASHINGTON 98104
PHONE (206) 220-6884
FAX (206) 220-6911
TDD (206) 220-6882

1
2  Seattle Field Office
3  909 1st Avenue, Suite 400
   Seattle, Washington 98104-1061
4  Telephone (206) 576-3011
   Facsimile (206) 220-6196
5  may.che@eeoc.gov

6                          Attorneys for Plaintiff

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**EEOC v. AIR CONTROL HEATING & AIR CONDITIONING**
**2:21-cv-00347-SAB**
[PROPOSED] **ORDER APPROVING CONSENT DECREE**
Page 3 of 3

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVE., SUITE 400
SEATTLE, WASHINGTON 98104
PHONE (206) 220-6884
FAX (206) 220-6911
TDD (206) 220-6882