FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 13, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>AIR CONTROL HEATING & AIR CONDITIONING, INC., d/b/a AIR CONTROL HEATING & ELECTRIC, INC.,<br><br>    Defendant. | No. 2:21-CV-00347-SAB<br><br>**ORDER APPROVING CONSENT DECREE AND DISMISSING CASE** |

Before the Court is the parties' Stipulated Motion for Settlement and Proposed Consent Decree, ECF No. 14. The motion was considered without oral argument. Plaintiff Equal Employment Opportunity Commission (the "EEOC") is represented by Clive A. Pontusson, Damien Lee, May R. Che, and Roberta L. Steele. Defendant Air Control Heating & Air Conditioning, Inc., doing business as Air Control Heating & Electric, Inc., is represented by Benjamin J. Stone and Hannah E. Driscoll.

The parties indicate they intend to conclude fully and finally all claims arising out of the EEOC's Complaint in the above-captioned matter and Charge Numbers 551-2019-00924 and 551-2020-02709. They move for the Court to

**ORDER APPROVING CONSENT DECREE AND DISMISSING CASE** *1

approve a Proposed Consent Decree. Having reviewed the materials submitted, the Court concludes the Proposed Consent Decree is fair and reasonable. Therefore, the motion is granted. The Court will retain jurisdiction over this matter for the duration of the Consent Decree for enforcement purposes.

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulated Motion for Settlement and Proposed Consent Decree, ECF No. 14, is **GRANTED**.

2. The District Court Executive **shall accept** the Proposed Consent Decree, ECF No. 14, and **enter it into the record**.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, provide copies to counsel, **and** close the file.

**DATED** this 13th day of June 2022.



_____
Stanley A. Bastian
Chief United States District Judge

**ORDER APPROVING CONSENT DECREE AND DISMISSING CASE *2**